# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

In the Interest of S.E.L., a child.

FAMILY CREATIONS, INC.,

Appellant,

v.

M.E.L.,

Appellee.

No. 2D2025-1712

———————————————

December 5, 2025

Appeal from the Circuit Court for Manatee County; Charles Sniffen, Judge.

Robert L. Webster, III, of Tate Healey Webster, Tampa, for Appellant.

Kevin Coyle Colbert, Miami, for Appellee.


PER CURIAM.

   Affirmed.

ROTHSTEIN-YOUAKIM, ATKINSON, and LABRIT, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.